AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| HELEN GAGLIARDI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____Plaintiff(s)_____ | ) | |
| | ) | Civil Action No. 26-cv-02110-NRM-ST |
| v. | ) | |
| RITTAL LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____Defendant(s)_____ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Rittal LLC
425 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garett Kaske
Kessler Matura P.C.
534 Broadhollow Road, Ste. 275
Melville, New York 11772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____4/10/2026_____



*Sandra Felgueiras*
_____
*Signature of Clerk or Deputy Clerk*