

**Jared Foley**
jfoley@mrllp.com
Direct: 212.659.2563
Main: 212.730.7700

July 24, 2026

<u>**Via CM/ECF**</u>
Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: <em>Gagliardi v. Rittal LLC</em>, No. 2:26-cv-02110 (NRM)(ST) – Joint Request to Convert to Mediation**

Dear Judge Morrison:

The parties jointly write to respectfully request that the Court refer this action to the Eastern District of New York's Court-Annexed Mediation Program.

Although this action has been designated for the Court's mandatory arbitration program, the parties have conferred and agree that mediation is the more appropriate forum for attempting to resolve this dispute. The parties believe that mediation will provide the greatest opportunity to engage in meaningful settlement discussions with the assistance of a neutral mediator and may facilitate an efficient resolution of this matter.

Accordingly, the parties respectfully request that the Court refer this action to the Eastern District of New York's Court-Annexed Mediation Program. The parties appreciate the Court's consideration of this joint request.

Respectfully submitted,

**MICHELMAN & ROBINSON, LLP**

Jared B. Foley

*Attorneys for Defendant*

**Submitted jointly on behalf of all parties with their consent.**