UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HELEN GAGLIARDI,                                    :
                                                    :
                        Plaintiff,                  :    **No. 2:26-cv-02110-NRM-ST**
                                                    :
          - against -                               :
                                                    :
RITTAL LLC,                                         :
                                                    :
                                                    :
                                                    :
                        Defendant.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE
## FOR CAMERON DICHTER

PLEASE TAKE NOTICE that, I, Cameron Dichter, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       July 30, 2026

                                   Respectfully submitted,

                                   By: _____
                                           Cameron Dichter

                                   **KESSLER MATURA P.C.**
                                   Cameron Dichter
                                   534 Broadhollow Road, Suite 275
                                   Melville, New York 11747
                                   Telephone: (631) 499-9100
                                   Email:  cdichter@kesslermatura.com

                                   *Attorneys for Plaintiff*