UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GAGLIARDI,<br><br>Plaintiff,<br><br>- against -<br><br>RITTAL LLC,<br><br>Defendant. | **No. 2:26 Civ. 2110 (NRM)(ST)** |

**NOTICE OF MEDIATOR SELECTION**

PLEASE TAKE NOTICE that, the Parties have agreed to mediate the instant matter with Joseph DiBenedetto, at 10:00 am on September 23, 2026, by Zoom.

Dated: Melville, New York
August 18, 2026

Respectfully submitted,

By: ______________________
Garrett Kaske

**KESSLER MATURA P.C.**
Garrett Kaske
Cameron Dichter
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
gkaske@kesslermatura.com
cdichter@kesslermatura.com

*Attorneys for Plaintiff*