KESSLER MATURA

November 12, 2026

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722

**Re:** ***Gagliardi v. Rittal LLC,***
**No. 2:26 Civ. 2110 (NRM) (ST) (E.D.N.Y.)**

Dear Judge Tiscione:

The Parties respectfully request that the Court extend the deadline to file the stipulation of dismissal from November 12, 2026 to December 28, 2026, to provide time to facilitate the settlement agreement prior to dismissal. This is the second request the parties have made for an extension to this deadline.

Thank you for your attention to this matter.

Sincerely,

Cameron Dichter

Cameron Dichter

cc: Counsel of Record (via ECF)

**KESSLER MATURA P.C.** | 445 Broadhollow Road, Suite 316, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com